### THE STATE OF IOWA v. DAWSON.

*Appeal from Mills District Court — Tuesday, December* 13.

LARCENY: JURISDICTION.

PER CURIAM — When the prisoner was indicted for, and found guilty of stealing personal property of *less* than twenty dollars in value, *in a dwelling house in the day time,*

*Held*, that the District Court had jurisdiction of the offense, and that the same was not cognizable by or within the jurisdiction of a justice of the peace. See Revision, §§ 5055, 4238, 4239; Constitution, art. 1, § 11.

Affirmed.

No appearance for the appellant— *C. C. Nourse,* Attorney-General, for the State.